**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-09161 JAK (SSx) | Date | December 20, 2013 |
| Title | Hydrox Properties XIV v. Abel De Luna et al. | | |

Present: The Honorable  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT   JS-6**

Plaintiff, Hydrox Properties XIV ("Plaintiff"), brought an Unlawful Detainer action in the Los Angeles County Superior Court, in which Abel De Luna, a self-represented litigant, was named as the Defendant. Dkt. 1. That action was filed on August 27, 2013. On November 6, 2013, Defendant filed a notice of removal of Plaintiff's action (the "First Notice of Removal"). *See* LA CV 13-8237 JAK (SSx), Dkt. 1. On November 20, 2013, the Court issued an Order to Show Cause ("OSC"), instructing Defendant to file a responsive memorandum addressing two issues: (i) the basis for the Court's jurisdiction; and (ii) whether the removal was timely. *Id.* at Dkt. 7. Defendant failed to respond to the OSC. Thus, no memorandum was filed. Consequently, on December 4, 2013, the Court remanded the action to the Los Angeles County Superior Court. *Id.* at Dkt. 9. The remand order stated:

> There has been no showing that this Court has subject matter jurisdiction in this action. Thus, there is no showing that the parties are of diverse citizenship or that the action arises under federal law. Further, there has been no showing that the amount in controversy meets any applicable statutory requirements. Finally, that Defendant contemplated the commencement of an action in federal court is not a basis for establishing jurisdiction over this proceeding.

*Id.*

On December 12, 2013, Defendant filed a second notice of removal (the "Second Notice of Removal"). LA CV 13-9161, Dkt. 1. The Second Notice of Removal is identical to the First Notice of Removal. Because this matter was previously remanded pursuant to the Court's December 7, 2013 Order, and as neither a basis for jurisdiction nor the timeliness of the removal has been demonstrated in the Second Notice of Removal, the action is REMANDED to the Los Angeles County Superior Court at the Stanley Mosk Courthouse for all further proceedings under case number 13U10474. Should Defendant seek to remove this action again, sanctions may be imposed.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak